IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SERGIO SANCHES GONZALES,

           Petitioner,

  vs.

M.T.A. WOODS; M.T.A. SOLIZ; and UNKNOWN DOCTOR;

           Respondents.

No. C 07-2806 WHA (PR)

**ORDER OF DISMISSAL**

     This is a habeas action filed pro se by a state prisoner. The court notified petitioner that he had neither paid the filing fee nor applied for leave to proceed in forma pauperis. A copy of the court's form for applications to proceed in forma pauperis was provided with the notice, along with a return envelope. Petitioner was informed that if he did not either pay the fee or file the application within thirty days the case would be dismissed. The deadline has passed and no response has been received.

     This case is therefore **DISMISSED** without prejudice. No fee is due. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: July    10   , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.07\GONZALES806.DSIFP