**United States District Court**
For the Northern District of California

1
2
3
4
5
6            IN THE UNITED STATES DISTRICT COURT
7
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   SERGIO SANCHES GONZALES,                    No. C 07-2806 WHA (PR)
11                    Petitioner,                **JUDGMENT**
12       vs.
13   M.T.A. WOODS; M.T.A. SOLIZ; and
     UNKNOWN DOCTOR;
14
15                    Respondents.
     _____/
16
17          Pursuant to the court's order entered today, a judgment of dismissal without prejudice is
18   hereby entered.  Plaintiff shall receive no relief by way of his petition.
19
20          **IT IS SO ORDERED.**
21
22   Dated:  July ___11___, 2007.            _____
23                                           WILLIAM ALSUP
                                             UNITED STATES DISTRICT JUDGE
24
25
26
27
28   G:\PRO-SE\WHA\HC.07\GONZALES806.JUD