UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO SANCHES GONZALES,<br><br>            Plaintiff,<br><br>   v.<br><br>WOODS et al,<br><br>            Defendant. | Case Number: CV07-02806 WHA<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sergio Sanches Gonzales
J-34312
Salinas Valley State Prison
PO Box 1020
Soledad, CA 93960-1020

Dated: July 11, 2007

Richard W. Wieking, Clerk
By: Dawn Toland, Deputy Clerk